UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KANTHI CHARAN NARRA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) NO. 3:22-cv-00003 |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | ) ) ) ) |
| Defendants. | ) ) |

# ORDER

The parties have filed a Joint Stipulation for Dismissal (Doc. No. 45). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE